IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JASPER THORNTON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )   CASE NO. 2:13-cv-331-WHA |
| | ) |
| UNITED STATES OF AMERICA, | )           (WO) |
| | ) |
| Respondent. | ) |

**FINAL JUDGMENT**

In accordance with the order of the court entered in this case on this day,

Final Judgment is entered in favor of the Respondent, and against the Petitioner, Jasper Thornton, and this case is DISMISSED with prejudice.

DONE this 30th day of April, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE